152 A.3d 754

**STATE of Maryland**

v.

**RICH, Otis**

**Pet. Docket No. 464, Sept. Term, 2016**

Court of Appeals of Maryland.

January 9, 2017

Petition for writ of certiorari granted

■

152 A.3d 754

**ABDULAHAD**

v.

**BOYLE**

**Pet. Docket No. 190, Sept. Term, 2016**

Court of Appeals of Maryland.

January 23, 2017

(No. 03–C–16–002733, Circuit Court for Baltimore County.)

Petition for writ of certiorari denied